IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-09860 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Young B. Kim** |

**PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff Capcom Co., Ltd. ("Plaintiff") seeks to extend the Temporary Restraining Order that went into effect on August 26, 2025 [19], by a period of fourteen (14) days until September 23, 2025. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 4th day of September 2025.     Respectfully submitted,

    /s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza, Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*