IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-09860 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Young B. Kim** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Capcom Co., Ltd. hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| Mengyandaily | 34 |
| dehongxiam2020 | 60 |
| flykni-51 | 61 |
| grizzly_anime | 62 |
| xiaochujuhuakaing | 65 |
| zhanghua_6520 | 67 |
| MensCompressionShirt | 90 |
| RashGuardStore | 97 |
| S I X | 146 |
| SixTee Studio A | 147 |

1

| | |
|---|---|
| Dated this 26th day of September 2025. | Respectfully submitted,<br><br>/s/ Martin F. Trainor<br>Martin F. Trainor<br>Sydney Fenton<br>Alexander Whang<br>TME Law, P.C.<br>10 S. Riverside Plaza<br>Suite 875<br>Chicago, Illinois 60606<br>708.475.1127<br>martin@tme-law.com<br>sydney@tme-law.com<br>alexander@tme-law.com<br><br>*Counsel for Plaintiff Capcom Co., Ltd.* |