UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Capcom Co., Ltd., ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:25-cv-09860 |
| v. ) | |
| ) | Dist. Judge Mary M. Rowland |
| The Partnerships And Unincorporated ) | |
| Associations Identified On Schedule A, ) | Mag. Judge Young B. Kim |
| ) | |
| Defendants. ) | |

**Unopposed Motion for Extension of Time**

**NOW COMES** Fashion Easy-go International Trading Co., Limited d/b/a Ouku.com ("Defendant"), by and through their undersigned counsel, and hereby move this Court to shortly extend the time to respond to Plaintiff's expedited discovery requests and states as follows:

**1.** The temporary restraining order (TRO) provided that Plaintiff may serve requests on under Rules 33-34 and 36, with such responses being due in a very-short three (3) days. [Dkt. 19 ¶¶ 6-7].

**2.** Defendant, a Chinese enterprise, has been diligent in addressing the case and substantively involved in settlement negotiations with Plaintiff, including the exchange of certain evidence. Plaintiff's service-of-process email, which included Plaintiff's expedited requests, appears to have been first routed to a data protection account within Defendant's email system, and only recently made available to undersigned counsel. Defendant requires a short additional time to collect material responsive to Plaintiff's expedited requests and provide answers thereto. Defendant submits that Plaintiff will not be prejudiced by the short extension in light of the nascence of the case and Defendant's demonstrated engagement therewith.

**3.** This Court may, for good cause, extend the time by which a defendant's responses are due after the time has expired if a defendant failed to act because of excusable neglect. Fed. R. Civ. P.

6(b)(1)(B). "[U]nder Rule 6(b)(1) as interpreted by case law, the term "good cause" imposes a light burden." McCann v. Cullinan, 2015 WL 4254226, at * 10 (N.D. Ill 2015), *citing*, 1 Moore's Federal Practice § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013); *See*, United Central Bank v. Kanan Fashions, Inc., No. 1:10-cv-00331 Dkt. 47 p. 6 (N.D. Ill. Mar 5, 2010) (extending close of expedited discovery deadline as "defendants cannot instantaneously produce the additional discovery responses"); *See also*, Paragon Micro, Inc. v. Bundy, 22 F.Supp.3d 880, 894 (N.D. Ill., 2014) ("asking for extensions to respond to discovery is a regular part of participating in the discovery process")

4. Defendant respectfully requests this Court extend the date on which Defendant is to provide responses to Plaintiff's expedited discovery requests to October 6, 2025.

5. This motion has been filed in good faith and in the interest of judicial economy, and is not interposed for purposes of delay.

6. This is the first motion for an extension of time filed by Defendant.

7. Plaintiff has indicated that it does not oppose Defendant's requested extension.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that this Honorable Court enter an Order:

a) extending the date on which Defendant's response(s) to Plaintiff's expedited discovery requests are due to October 6, 2025.

Dated: September 29, 2025

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
adamu@au-llc.com
Ph: (312) 715-7312
*Attorney for Defendant*