IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-09860 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Young B. Kim** |

## AGREED ASSET RESTRAINT ORDER AS TO DEFENDANT NO. 12

On August 26, 2025, this Court entered a Temporary Restraining Order ("TRO") [19] against the Defendants identified on Schedule A, including Defendant No. 12, Durcoo ("Defendant"). The TRO included a provision to restrain funds in Defendant's linked financial accounts, including funds held by Amazon.com, Inc. ("Amazon"). [19].

IT IS HEREBY ORDERED that Amazon shall continue to restrain SEVEN THOUSAND AND FIVE HUNDRED DOLLARS ($7,500.00) of funds in Defendant's Amazon account until final disposition of this case. Upon service of a copy of this Order, Amazon shall immediately lift any monetary restraints related to this Lawsuit on the Amazon seller account of Defendant's account, except for the $7,500.00 restraint of funds. Defendant shall not use the $7,500.00 restraint of funds to pay for any incurred charges or expenses, including but not limited to seller fees, shipping fees and chargebacks.

Plaintiff's counsel shall serve a copy of this Order on Amazon within one (1) business day of its entry by the Court.

IT IS SO ORDERED.

Date: October 6, 2025

*[signature: Mary M Rowland]*

Mary M. Rowland
United States District Judge