IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-09860 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Young B. Kim** |

### MOTION TO SET DEADLINE TO FILE REPLY TO DEFENDANT OUKU'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION [51]

Plaintiff Capcom Co., Ltd. ("Plaintiff") hereby moves the Court to set a deadline for Plaintiff to file its reply to Defendant OUKU's (Def. No. 94) ("Defendant") Opposition to Plaintiff's Motion for Entry of a Preliminary Injunction [51] (the "Opposition"). On September 18, 2025, Plaintiff served its first set of discovery requests on Defendant. Defendant provided deficient responses and productions on October 14, 2025. On October 15, 2025, Plaintiff requested a Local Rule 37.2 meet-and-confer conference with Defendant's counsel and also requested that Defendant supplement its responses and productions by October 22, 2025. Plaintiff also indicated it would agree to file its reply by October 29, 2025.

As of the time of this filing, the undersigned has not received a response from Defendant's counsel. As such, Plaintiff respectfully requests that Plaintiff's deadline to file its Reply to the Opposition be set to October 29, 2025.

1

Dated this 16th day of October 2025.   Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*