IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-09860 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Young B. Kim** |

### UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE REPLY TO DEFENDANT OUKU'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION [51]

Plaintiff Capcom Co., Ltd. ("Plaintiff") hereby moves the Court to extend the deadline for Plaintiff to file its reply to Defendant OUKU's (Def. No. 94) ("Defendant") Opposition to Plaintiff's Motion for Entry of a Preliminary Injunction [51] (the "Opposition") by one week. On September 18, 2025, Plaintiff filed its Motion for Preliminary Injunction (the "Motion") and served its first set of discovery requests on Defendant. [29]. On October 14, 2025, Defendant filed its Opposition. [51]. Defendant also provided limited responses to Plaintiff's discovery requests on October 14, 2025. The Court set the deadline for Plaintiff to reply to Defendant's Opposition on October 29, 2025. [54].

On October 15, 2025, Plaintiff requested a Local Rule 37.2 meet-and-confer conference with Defendant's counsel and also requested that Defendant supplement its responses and productions by October 22, 2025. On October 22, 2025, parties met-and-conferred to discuss the need for supplemental production. Defendant agreed to provide supplemental production but needs more time to gather the necessary information. As such, Plaintiff is requesting the Court to extend

1

Plaintiff's deadline to reply to Defendant's Opposition to November 5, 2025. Defendant's counsel has consented to this request.

Dated this 22nd day of October 2025.    Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*