UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Capcom Co., Ltd.
                    Plaintiff,

v.                                              Case No.: 1:25−cv−09860
                                              Honorable Mary M. Rowland

Durcoo, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 31, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court grants Defendant OUKU's unopposed motion for extension of time [61]. Defendant OUKU to answer or otherwise plead by 11/20/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.