# EXHIBIT 3

| LSIN | PAYMENT_MODULE_CODE | DELIVERY_COUNTRY | DELIVERY_STATE | DELIVERY_CITY | ORDERS_ID | ORDER_PAYMENT_CONFIRM_TIME | SKU | PRODUCTS_QTY | CURRENCY_CODE | UNIT PRICE | ORDER SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S9236504 | PAYPAL_CHANNEL | United States | Illinois | River Forest | 215673441 | 2025/2/18 18:44:42 | S9236504040000N | 1 | USD | 15.49 | 15.49 |

| LSIN | DELIVERY_COUNTRY | DELIVERY_STATE | DELIVERY_CITY | ORDERS_ID | ORDER_PAYMENT_CONFIRM_TIME | SKU | PRODUCTS_QTY | CURRENCY_CODE | UNIT PRICE | ORDER SUM |
|---|---|---|---|---|---|---|---|---|---|---|
| S9236504 | United States | Illinois | River Forest | 215673441 | 2025/2/18 18:44:42 | S92365040000N | 1 | USD | 15.49 | 15.49 |
| S9396081 | United States | Illinois | Shorewood | 213672574 | 2024/9/13 0:57:16 | S939608100017 | 1 | USD | 28.99 | 28.99 |
| S9396081 | United States | Nebraska | Lincoln | 214193122 | 2024/10/18 3:42:19 | S93960810000O | 1 | USD | 28.99 | 28.99 |
| S9396081 | United States | Pennsylvania | Leechburg | 214540020 | 2024/11/13 11:07:18 | S93960810000L | 1 | USD | 36.99 | 36.99 |
| S9396081 | United States | Michigan | Westland | 214541742 | 2024/11/13 16:07:22 | S93960810000L | 1 | USD | 36.99 | 36.99 |
| S9396081 | United States | North Carolina | Sanford | 214592431 | 2024/11/17 4:47:19 | S93960810000B | 1 | USD | 36.99 | 36.99 |
| S9396081 | United States | Michigan | mecosta | 214601719 | 2024/11/19 9:47:20 | S93960810001D | 1 | USD | 36.99 | 36.99 |
| S9396081 | United States | Virginia | WINCHESTER | 214642375 | 2024/11/23 1:17:26 | S939608100004 | 1 | USD | 36.99 | 36.99 |
| S9396081 | United States | South Dakota | Rapid City | 216851627 | 2025/5/27 0:32:25 | S93960810000S | 1 | USD | 40.99 | 40.99 |
| | | | | | | | 9 | | | 299.41 |

# Fashion Easy-go International Trading Co., Limited >

 **Home**　Activity　Pay & Get Paid　Marketing For Growth

## Quick Access ✎

　　　　

Business Tools　QR Codes　Invoicing　Request money　Send payments

## Money

# $45,109.04 USD*

Available balance

# $22,887.68 USD*

Not available yet

🔸 Your money isn't available yet. Find out why and **what you can do.**

 $17,266.23 USD　 $6,701.84 AUD　 $153.48 CAD

+18 more

| LSIN | DELIVERY_COUNTRY | DELIVERY_STATE | DELIVERY_CITY | ORDERS_ID | ORDER_PAYMENT_CONFIRM_TIME | SKU | PRODUCTS_QTY | CURRENCY_CODE | UNIT PRICE | ORDER SUM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| S9236513 | Belgium | | SCHOTEN | 214640742 | 2024/11/22 23:17:29 | S923651300004 | 1 EUR | | 31.99 | 31.99 |
| S9236513 | United Kingdom | Hampshire | Southampton | 214733483 | 2024/11/28 23:47:25 | S923651300004 | 1 GBP | | 28 | 32.56 |
| S9236513 | Australia | Queensland | Dalby | 215762442 | 2025/2/26 22:25:01 | S923651300000I | 1 AUD | | 47.99 | 31.99 |
| S9236513 | Australia | Queensland | Dalby | 215762442 | 2025/2/26 22:25:01 | S923651300000P | 1 AUD | | 47.99 | 31.99 |
| S9236513 | Australia | Western Australia | Beeliar | 216794674 | 2025/5/22 12:32:07 | S923651300007 | 1 AUD | | 47.99 | 31.99 |
| S9236513 | Australia | Queensland | Arundel | 217884979 | 2025/8/12 15:13:01 | S923651300000Q | 1 AUD | | 47.99 | 31.99 |
| S9236504 | United States | Illinois | River Forest | 215673441 | 2025/2/18 18:44:42 | S92365040000N | 1 USD | | 15.49 | 15.49 |
| S9236504 | Italy | | Cengio | 216701239 | 2025/5/15 3:32:04 | S92365040000R | 1 EUR | | 15.99 | 15.99 |
| S9396081 | France | France | Montauban | 213634393 | 2024/9/10 2:37:14 | S939608100014 | 1 EUR | | 28.99 | 28.99 |
| S9396081 | United States | Illinois | Shorewood | 213672574 | 2024/9/13 0:57:16 | S939608100017 | 1 USD | | 28.99 | 28.99 |
| S9396081 | France | Haute Garonne | fonsorbes | 213711557 | 2024/9/15 19:07:08 | S93960810001A | 1 EUR | | 28.99 | 28.99 |
| S9396081 | United Kingdom | England | Skelmersdale | 213831693 | 2024/9/24 7:42:10 | S93960810000T | 1 GBP | | 25 | 29.07 |
| S9396081 | Spain | Valencia | Carcaixent | 213859744 | 2024/9/26 10:57:13 | S93960810000O | 1 EUR | | 28.99 | 28.99 |
| S9396081 | Italy | Italia | Carpiano | 213861367 | 2024/9/26 15:27:10 | S939608100014 | 1 EUR | | 28.99 | 28.99 |
| S9396081 | United States | Nebraska | Lincoln | 214193122 | 2024/10/18 3:42:19 | S93960810000O | 1 USD | | 28.99 | 28.99 |
| S9396081 | Italy | PG | Perugia | 214313111 | 2024/10/26 22:12:17 | S93960810000F | 1 EUR | | 27.99 | 27.99 |
| S9396081 | United Kingdom | OXFORDSHIRE | DIDCOT | 214326312 | 2024/10/28 0:12:17 | S939608100003 | 1 GBP | | 25 | 29.07 |
| S9396081 | France | France | Le Boullay-Mivoye | 214373960 | 2024/11/1 3:42:19 | S93960810000C | 1 EUR | | 28.99 | 28.99 |
| S9396081 | France | Haute marne | Maranville | 214425639 | 2024/11/5 6:42:24 | S93960810000K | 1 EUR | | 28.99 | 28.99 |
| S9396081 | France | 37 | VEIGNÉ | 214412240 | 2024/11/4 6:27:21 | S93960810000L | 1 EUR | | 28.99 | 28.99 |
| S9396081 | France | Bretagne | Saint-Brieuc | 214532404 | 2024/11/13 0:22:28 | S939608100002 | 1 EUR | | 34.99 | 34.99 |
| S9396081 | United States | Pennsylvania | Leechburg | 214540020 | 2024/11/13 11:07:18 | S93960810000L | 1 USD | | 36.99 | 36.99 |
| S9396081 | United States | Michigan | Westland | 214541742 | 2024/11/13 16:07:22 | S93960810000L | 1 USD | | 36.99 | 36.99 |
| S9396081 | United States | North Carolina | Sanford | 214592431 | 2024/11/17 4:47:19 | S93960810000B | 1 USD | | 36.99 | 36.99 |
| S9396081 | United States | Michigan | mecosta | 214601719 | 2024/11/19 9:47:20 | S93960810001D | 1 USD | | 36.99 | 36.99 |
| S9396081 | Germany | Berlin | Berlin | 214619086 | 2024/11/21 3:47:24 | S93960810001D | 1 EUR | | 34.99 | 34.99 |
| S9396081 | Germany | Nordrhein-Westfalen | Mönchengladbach | 214629184 | 2024/11/22 1:42:27 | S93960810000F | 1 EUR | | 34.99 | 34.99 |
| S9396081 | France | France | Reims | 214669412 | 2024/11/24 20:47:31 | S93960810000E | 1 EUR | | 34.99 | 34.99 |
| S9396081 | Australia | New South Wales | Kellyville | 214697425 | 2024/11/26 11:52:23 | S939608100011 | 1 AUD | | 59.6 | 39.73 |
| S9396081 | United States | Virginia | WINCHESTER | 214642375 | 2024/11/23 1:17:26 | S939608100004 | 1 USD | | 36.99 | 36.99 |
| S9396081 | Spain | Valencia | serra | 214724592 | 2024/11/28 6:47:32 | S93960810000D | 1 EUR | | 36.99 | 36.99 |
| S9396081 | United Kingdom | | Leeds | 214734439 | 2024/11/29 0:47:29 | S93960810000A | 1 GBP | | 32 | 37.21 |
| S9396081 | Switzerland | Freiburg | Vuisternens-devant-Ror | 214754979 | 2024/11/30 4:37:52 | S939608100011 | 1 CHF | | 38 | 36.89 |
| S9396081 | Spain | Granada | Motril | 214808449 | 2024/12/3 8:47:25 | S93960810000L | 1 EUR | | 36.99 | 36.99 |
| S9396081 | Spain | España | Ayerbe | 214832291 | 2024/12/4 21:47:24 | S93960810000J | 1 EUR | | 36.99 | 36.99 |
| S9396081 | Australia | ACT | Watson | 214928855 | 2024/12/10 21:32:29 | S93960810000R | 1 AUD | | 37.49 | 24.99 |
| S9396081 | Italy | Salerno | Eboli | 214912091 | 2024/12/9 19:17:29 | S939608100015 | 1 EUR | | 36.99 | 36.99 |
| S9396081 | Italy | Toledo | Seseña | 214960673 | 2024/12/13 0:17:30 | S939608100001 | 1 EUR | | 36.99 | 36.99 |
| S9396081 | Italy | Italia | Genova | 214977655 | 2024/12/14 3:47:30 | S93960810000Y | 1 EUR | | 36.99 | 36.99 |
| S9396081 | Italy | PC | Piacenza | 214986563 | 2024/12/14 21:47:33 | S93960810000L | 1 EUR | | 36.99 | 36.99 |
| S9396081 | United States | South Dakota | Rapid City | 216851627 | 2025/5/27 0:32:25 | S93960810000S | 1 USD | | 40.99 | 40.99 |
| S9236083 | Belgium | Namur | Namur | 215724713 | 2025/2/23 8:44:56 | S92360830000C | 1 USD | | 13.69 | 13.69 |
| S9236514 | United Kingdom | Somerset | Taunton | 213567057 | 2024/9/4 21:37:05 | S923651400005 | 1 GBP | | 23 | 26.74 |
| S9236514 | Spain | Murcia | Totana | 214251492 | 2024/10/22 2:42:22 | S923651400002 | 1 EUR | | 26.99 | 26.99 |
| S9236502 | Germany | Nordrhein-Westfalen | Gummersbach | 213774589 | 2024/9/20 5:07:13 | S923650200005 | 1 EUR | | 11.99 | 11.99 |
| S9236502 | Canada | Alberta | Stirling | 215050650 | 2024/12/20 11:38:10 | S923650200005 | 1 CAD | | 20.99 | 15.32 |
| S9236502 | United Kingdom | Oxfordshire | Bicester | 215071923 | 2024/12/22 22:48:19 | S923650200005 | 1 GBP | | 13 | 15.12 |
| | | | | | | | 47 | | | 1444.53 |

| | L6 | | $\ominus$ | $f_x$ | | | |
|---|---|---|---|---|---|---|---|

| ◢ | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **LSIN** | **IMAGES** | | | | | | |
| 2 | S9236513 |  | | | | | | |
| 3 | S9236504 |  | | | | | | |
| 4 | S9396081 |  | | | | | | |
| 5 | S9236083 |  | | | | | | |
| 6 | S9236514 |  | | | | | | |
| 7 | S9236502 |  | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |

|< < > >|    global sales data    **corresponding images**    +

| terms | result |
|---|---|
| "Capcom" | =DISPIMG("ID_ECD915AF671F47FCAE3CA66DC3E50E24",1) |
| "Resident" | =DISPIMG("ID_04D84B6030CC4CB99F6142199818E128",1) |
| "Evil" | =DISPIMG("ID_3E6739D626934CD785F241CD16AA5FB0",1) |
| "Revelations" | =DISPIMG("ID_6CD17528A7514E55981824CE5233113E",1) |
| "Resistance" | =DISPIMG("ID_42558228AAA94E70832653835A72FE91",1) |
| "Infinite" | =DISPIMG("ID_FC98C8E9D3EA419180B2B1B7A06B9A22",1) |
| "Darkness" | =DISPIMG("ID_271F384ED7274442B7C9A6EEB48039BF",1) |
| "Umbrella" | =DISPIMG("ID_BBF5C4913C564C568491F621519FB39B",1) |
| "Corporation" | =DISPIMG("ID_3FAAF9457D514BB1878A72798CD9CB83",1) |
| "Raccoon" | =DISPIMG("ID_2239EAA4137B48D8AE0F1518E98DB4F6",1) |

| | |
|---|---|
| "City" | =DISPIMG("ID_3924B85DF8DB4552AC1700EB846885C0",1) |
| "RPD" | =DISPIMG("ID_57EDCC7D6FF04490BF1CAA21E227616A",1) |
| "R.P.D." | =DISPIMG("ID_4C79117784EB422DBA8EDBDB7D00BCAB",1) |
| "Police" | =DISPIMG("ID_6B379B4857194B639E9B2420694499BC",1) |
| "Stars" | =DISPIMG("ID_122CEB0162964FAF85FEF17C8540608C",1) |
| "S.T.A.R.S." | =DISPIMG("ID_309C3AED16FF435AB0506A18AE5C446B",1) |
| "Zombie" | =DISPIMG("ID_6161FA43F0A5465C80FBEB3438A5D39E",1) |
| "Vampire" | =DISPIMG("ID_7A5BC8A083F543D79FAD8FB283E4A5A7",1) |
| "Virus" | =DISPIMG("ID_A00FBE3F23AB45C7AC38BDB66CA224A3",1) |
| "Biohazard" | =DISPIMG("ID_AFA36A206259400B8FEEAFC212E77C86",1) |

| | |
|---|---|
| "Survivor" | =DISPIMG("ID_2C6B23A2BB1C445A8FA0CC63EA6963AD",1) |
| "Chris" | =DISPIMG("ID_CB9C0979635643438373BACD5F77AEAB",1) |
| "Redfield" | =DISPIMG("ID_30FE369EC9764EDE8CEE12BFC32742FA",1) |
| "Claire" | =DISPIMG("ID_BB417274406049679D167B44BCD9FB85",1) |
| "Leon" | =DISPIMG("ID_DE247E849FD44E85B255842B686A62F8",1) |
| "Kennedy" | =DISPIMG("ID_846116C5A1C54B108645E63A9BBF7F9B",1) |
| "Ada" | =DISPIMG("ID_4331809C7D1E4CEBA9A715F361E6F7AA",1) |
| "Wong" | =DISPIMG("ID_C3F4FA3570DB4BDAB6093766A405B593",1) |
| "Chun-Li" | =DISPIMG("ID_73044682EE564210B6E6B3D26D83DFAE",1) |
| "Jill" | =DISPIMG("ID_F144B541D9C54E9A9FF75305F2498BE5",1) |

"Valentine"        =DISPIMG("ID_288D0CCFB1924EFB8BBAA78775A89D7F",1)

OUKU

United States · USD($) · English

Men's Clothing  Flash Sale  Weddings & Events  Toys & Hobbies  Home & Garden  Shoes & Bags  Lights & Lighting

Ada

Home  >  "Ada"  (4 Products)

Consumer Electronics

★★★★★  4.0&Up

Sort by:  Relevance  |  Sales  |  Favorites  |  Price Low To High  |  Price High To Low



2-Inch Waterproof Motorcycl...
USD $58.99    $99.70

Three-lens Tachograph High-...
USD $33.99    $71.37

Rearview Mirror Dashcam....
USD $36.99    $66.12

Q9 1080p New Design / HD /...
USD $86.99    $146.34

United States · USD($) · English

OUKU

Men's Clothing   Flash Sale   Weddings & Events   Toys & Hobbies   Home & Garden   Shoes & Bags   Lights & Lighting

Biohazard

Home > "Biohazard" (0 Products)



🔍 Your search did not match any products

OUKU

🇺🇸 United States · USD($) · English

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

Capcom

Home > "Capcom" (0 Products)

🔍 Your search did not match any products



United States · USD($) · English

# OUKU

0

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

Chris

Home > "Chris" (0 Products)

Your search did not match any products

United States · USD($) · English

# OUKU

Men's Clothing　　Flash Sale　　Weddings & Events　　Toys & Hobbies　　Home & Garden　　Shoes & Bags　　Lights & Lighting

Chun-Li

Home  >  "Chun-Li" (65 Products)

Lights & Lighting
Consumer Electronics
Men's Clothing
Home & Garden

★★★★★ 4.0&Up

Sort by:　Relevance　|　Sales　|　Favorites　|　Price Low To High　|　Price High To Low



AI Translation Headset...
**USD $23.99**  $37.97

Table Lamp / Desk Lamp / ...
**USD $21.99**  $26.34

Reading Light Rechargeable ...
**USD $20.99**  $31.38

Men's Funny Graphic T-Shirt...
**USD $19.99**  $25.41

2-Inch Waterproof Motorcycl...
**USD $58.99**  $99.70



United States · USD($) · English

# OUKU

   0

Men's Clothing    **Flash Sale**    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting    ‹ ›

City 🔍

Home > **"City"** (1363 Products)

- Sports & Outdoors
- Home & Garden
- Shoes & Bags
- Men's Clothing
- Toys & Hobbies
- Women's Clothing
- Beauty & Hair

☐ ★★★★ 4.0&Up

Sort by:   **Relevance**   |   Sales   |   Favorites   |   Price Low To High   |   Price High To Low



Large New York city painting...
USD $58.99



Handmade Hand Painted...
USD $58.99




Large Abstract City Painting...
USD $108.99




Large Abstract City Painting...
USD $108.99




Large Abstract City Painting...
USD $116.99




United States · USD($) · English

OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

Claire

Home > "Claire" (0 Products)

Your search did not match any products

# OUKU

United States · USD($) · English

Men's Clothing · Weddings & Events · Toys & Hobbies · Home & Garden · Shoes & Bags · Lights & Lighting



Flash Sale

Corporation* (14 Products)

**Corporation**
- Men's Clothing
- Home & Garden
- Shoes & Bags
- Beauty & Hair

Sort by: Relevance | Sales | Favorites | Price Low To High | Price High To Low


Men's Plaid / Striped / Chevr...
★★★★★ 5.0
USD $34.99 $82.28
4.9&Up

 


Men's Shacket Plaid / Striped...
USD $55.99 $110.60

Men's Shacket Solid / Plain...
USD $41.99 $83.38


Elegant Men's Navy Blue...
USD $36.99 $66.86


Men's Button Down Shirt Plu...
USD $35.99 $90.39

Men's Dress Shirt Striped Shi...
USD $22.99 $44.98


Graduation Custom Logo...
USD $25.99

  
Men's Dress Shirt Striped Shi...
USD $36.99 $73.06

Men's Shacket Plaid / Striped...
USD $37.99 $76.48

 
Men's Shacket Plaid / Striped...
USD $33.99 $66.84

 
2 In 1 Hot Comb Straightener...
USD $19.99 $39.66

  
Men's Dress Shirt Non Iron...
USD $27.99 $54.72

  


Men's Shacket Plaid / Striped...
USD $33.99 $66.84


Men's Shacket Plaid / Striped...
USD $33.99 $66.84

 

  
Men's Shacket Plaid / Striped...
USD $33.99 $66.84

---

**Rich in Variety** — 1000+ New Items Everyday
**Manufacturer Direct** — Cut Out The Middleman
**Safe & Trustworthy** — Secure payment
**Fast Delivery** — Global Partner of DHL
**Friendly Services** — 7-day Satisfaction Guarantee

**Company Info**
About Ouku.com
Imprint

**Customer Service**
Help Center
Track Your Order
Accessibility

**Company Policies**
Return Policy
Privacy Policy
Terms of Use
Cookie Notice
Intellectual Property Infringement
Policy
Do Not Sell/Share My Information

**Payment & Methods**
Payment Methods
Delivery Policy

**Join Our Community**





Copyright © 2006-2025 raincn Easy-go International Trading Co., Limited All Rights Reserved.



United States · USD($) · English

# OUKU

  

Men's Clothing    **Flash Sale**    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

‹ ›

Darkness 🔍

Home > **"Darkness"** (5000 Products)

Men's Clothing
Shoes & Bags
Home & Garden
Weddings & Events
Women's Clothing
Toys & Hobbies
Sports & Outdoors
Beauty & Hair
Phones & Accessories
Baby & Kids
Consumer Electronics
Lights & Lighting

☐ ★★★★ 4.0&Up

Sort by: **Relevance** | Sales | Favorites | Price Low To High | Price High To Low


 
Men's Waffle T-shirt Pullover...
USD $28.99 ~~$62.99~~


 
Men's Henley Shirt Tee Top...
USD $26.99 ~~$52.03~~


 
Men's Polo Shirts Golf Shirt...
USD $20.99 ~~$35.59~~ ★★★★★ 5.0



Men's Waffle Jacket Blazer...
USD $52.99 ~~$116.12~~



Men's Geometric Ethnic...
USD $29.99 ~~$42.10~~









# OUKU

🇺🇸 United States · USD($) · English

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

Infinite

Home > "Infinite" (8 Products)

Lights & Lighting
Toys & Hobbies

⭐⭐⭐⭐ 4.0&Up

Sort by:    Relevance  |  Sales  |  Favorites  |  Price Low To High  |  Price High To Low


1 Pc multifunctional eye...
USD $21.99    $27.68


1 Pc 6 Inch Portable Home...
USD $41.99    $70.03


Sunflowers Flower Lamp...
USD $23.99    $47.04


Infinite Dodecahedron Color...
USD $145.99    $193.88


3 PCS Picture Light Charging...
USD $22.99


1 Pc Table Lamp Aluminum...
USD $24.99    $31.94


1 Pc all aluminum...
USD $31.99    $42.59


Christmas Tree Lights, LED...
USD $13.49    $24.29

---

**Rich in Variety**
1000+ New Items Everyday

**Manufacturer Direct**
Cut Out The Middleman

**Safe & Trustworthy**
Secure payment

**Fast Delivery**
Global Partner of DHL

**Friendly Services**
7-day Satisfaction Guarantee

---

**Company Info**
About Ouku.com
Imprint

**Customer Service**
Help Center
Track Your Order
Accessibility

**Company Policies**
Return Policy
Privacy Policy
Terms of Use
Cookie Notice
Intellectual Property Infringement Policy
Do Not Sell/Share My Information

**Payment & Methods**
Payment Methods
Delivery Policy

**Join Our Community**

Copyright © 2006-2025 Fashion Easy-go International Trading Co., Limited All Rights Reserved.



# OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

Jill

Home  >  "Jill"  (0 Products)

Your search did not match any products



🇺🇸 United States · USD($) · English

OUKU

**Men's Clothing**   **Flash Sale**   **Weddings & Events**   **Toys & Hobbies**   **Home & Garden**   **Shoes & Bags**   **Lights & Lighting**   ‹ ›

Kennedy

Home > "Kennedy" (0 Products)

🔍 Your search did not match any products

D0020

D0020

# OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

Leon

Home  >  "Leon"  (0 Products)

Your search did not match any products



D0020

D0020

🇺🇸 United States · USD($) · English

# OUKU

Police



Home > "Police" (10 Products)

★★★★★ 4.0&Up

Toys & Hobbies
Consumer Electronics
Men's Clothing
Sports & Outdoors

Sort by: Relevance | Sales | Favorites | Price Low To High | Price High To Low

Zootopia Police Bunny Judy...
USD $55.99 $111.96

1080P Full HD Mini Camera...
USD $42.99 $75.94

Bike Electronic Loud Horn 13...
USD $9.99 $15.07

898pcs City SWAT Police...
USD $70.99 $141.12

Men's Combat Shirt Tactical...
USD $32.99 $69.43



United States · USD($) · English

OUKU

Men's Clothing   Flash Sale   Weddings & Events   Toys & Hobbies   Home & Garden   Shoes & Bags   Lights & Lighting

R.P.D.

Home  >  "R.P.D."  (0 Products)

Your search did not match any products

D0022

D0022

United States · USD($) · English

# OUKU

Men's Clothing  Flash Sale  Weddings & Events  Toys & Hobbies  Home & Garden  Shoes & Bags  Lights & Lighting

Raccoon

Home > "Raccoon" (8 Products)

Home & Garden
Men's Clothing
Consumer Electronics

★★★★ 4.0&Up

Sort by: Relevance | Sales | Favorites | Price Low To High | Price High To Low



Blacklight Tapestry UV...
USD $19.99   $25.58

Ultrasonic Animal Repeller – ...
USD $33.99   $54.05

1pc Animal Carving Handcra...
USD $29.99

Men's Humorous Graphic T-...
USD $19.99   $25.41

Men's Funny Graphic Tee:...
USD $17.49   $24.84

D0024

D0024

OUKU

Men's Clothing   Flash Sale   Weddings & Events   Toys & Hobbies   Home & Garden   Shoes & Bags   Lights & Lighting

Redfield

Home > "Redfield" (0 Products)



Your search did not match any products

D0024

D0024

D0025

D0025

United States · USD($) · English

OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

Resident

Home   >   "Resident"   (0 Products)

Your search did not match any products

D0025

D0025



United States · USD($) · English

# OUKU

Men's Clothing | Flash Sale | Weddings & Events | Toys & Hobbies | Home & Garden | Shoes & Bags | Lights & Lighting

Resistance

Home > **"Resistance"** (5000 Products)

4.0&Up

Beauty & Hair
Shoes & Bags
Home & Garden
Sports & Outdoors
Consumer Electronics
Men's Clothing
Phones & Accessories
Toys & Hobbies
Women's Clothing

Sort by: **Relevance** | Sales | Favorites | Price Low To High | Price High To Low



Skull Cap Beanie Do Rag UV...
USD $7.49  $14.87

Kitchen Floor Mats Lattice...
USD $22.99  $33.30

Non-Slip Carpet Stair Treads,...
USD $10.49  $13.70

4 pcs Waterproof Seat...
USD $33.99  $44.78

Men's Loafers & Slip-Ons...
USD $99.99  $124.93

United States · USD($) · English

# OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

Revelations

Home  >  "Revelations"  (3 Products)

Men's Clothing

★★★★★ 4.0&Up

Sort by:  Relevance  |  Sales  |  Favorites  |  Price Low To High  |  Price High To Low



Men's Christian Graphic T-...
USD $17.49   $24.84

Men's Short Sleeve Christian...
USD $17.49   $24.84

Men's Short Sleeve Christian...
USD $23.99   $68.49

United States · USD($) · English

# OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

RPD

Home  >  "RPD"  (0 Products)



🔍 Your search did not match any products



🇺🇸 United States · USD($) · English

OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting    ‹ ›

S.T.A.R.S.

Home  >  "S.T.A.R.S."  (0 Products)

🔍 Your search did not match any products

# OUKU

United States · USD($) · English

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting    ‹  ›

Stars

Home > "Stars" (599 Products)

Lights & Lighting
Toys & Hobbies
Shoes & Bags
Men's Clothing
Home & Garden
Women's Clothing
Baby & Kids
Consumer Electronics
Beauty & Hair
Phones & Accessories
Weddings & Events

⭐⭐⭐⭐⭐ 4.0&Up

Sort by:  **Relevance**  |  Sales  |  Favorites  |  Price Low To High  |  Price High To Low



Korean Idol Inspired Pop Star...
USD $64.99  $129.36

Korean Idol Inspired Pop Star...
USD $91.99  $182.82

Korean Idol Inspired Pop Star...
USD $42.99  $84.83

Korean Idol Inspired Pop Star...
USD $42.99  $85.94

Korean Idol Inspired Costum...
USD $25.99  $50.26



OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

Survivor

Home  >  "Survivor"  (0 Products)

Your search did not match any products



OUKU

United States · USD($) · English

Men's Clothing     Flash Sale     Weddings & Events     Toys & Hobbies     Home & Garden     Shoes & Bags     Lights & Lighting     ‹ ›

Valentine

Home > "Valentine" (1343 Products)

Toys & Hobbies
Women's Clothing
Lights & Lighting
Home & Garden
Shoes & Bags
Men's Clothing
Beauty & Hair
Weddings & Events
Baby & Kids
Consumer Electronics

★★★★★ 4.0&Up

Sort by:   Relevance  |  Sales  |  Favorites  |  Price Low To High  |  Price High To Low



Block Tower Jenga Game...
USD $30.99    $79.35

I Love You More The End 's...
USD $8.99    $11.45

Women's Day Gifts Valentine...
USD $15.49    $30.94

18 Inch Love Balloon...
USD $8.99    $11.45

Women's Day Gifts Valentine...
USD $18.99    $37.13





OUKU

Men's Clothing   Flash Sale   Weddings & Events   Toys & Hobbies   Home & Garden   Shoes & Bags   Lights & Lighting

Virus

Home > "Virus" (0 Products)

🔍 Your search did not match any products



United States · USD($) · English

# OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting    ‹ ›

Wong

Home > "Wong" (0 Products)

Your search did not match any products







United States · USD($) · English

# OUKU

Men's Clothing    Flash Sale    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting    ‹ ›

CAPCOM

Home > "CAPCOM" (0 Products)

🔍 Your search did not match any products





OUKU

United States · USD($) · English

Men's Clothing · Flash Sale · Weddings & Events · Toys & Hobbies · Home & Garden · Shoes & Bags · Lights & Lighting

Home > "RESIDENT EVIL BIOHAZARD" (22 Products)

Shoes & Bags
Toys & Hobbies
Home & Garden
Consumer Electronics
Men's Clothing
Women's Clothing
Weddings & Events

4.0 & Up

RESIDENT EVIL BIOHAZARD

Sort by: Relevance · Sales · Favorites · Price Low To High · Price High To Low

Car Air Fresheners Vent Clips... USD $15.99 $32.75

Halloween DIY Horror Movie... USD $9.99

Men's Leather Evil Eye... USD $7.99 $9.99

Read Banned Books Cat... USD $17.49 $24.99

Men's Short Sleeve Red T-Shi... USD $19.99 $29.99

Turquoise and Gold Anklet S... USD $11.99 $24.99

Women's Colorful Braided... USD $16.99 $44.99

Vintage Style Bee... USD $35.99 $68.99

Snow White Venom The Evil... USD $130.99

Killer Clown Evil Clown... USD $27.99 $44.12

Snow White Venom The Evil... USD $94.99 $186.48

3D Evil Dragon Wine Glass... USD $28.59 $44.49

Men's Women's Leather... USD $11.49

Women's Boho Layered... USD $11.99

Starfire New Arrival Blue... USD $9.99 $19.24

Gold Evil Eye Jewelry Set for... USD $16.59 $44.49

Alien Coffee Mug Creative... USD $23.99 $34.56

Medieval Barrel Bee... USD $34.99

Little Monster Action Buildin... USD $35.99

Snow White Venom The Evil... USD $67.99

Zircon Retro Evil Eye Elegant... USD $11.99

Men's Faux Leather Bracelet... USD $8.59

**Rich in Variety** — 1000+ New Items Everyday

**Manufacturer Direct** — Cut Out The Middlemen

**Safe & Trustworthy** — Secure payment

**Fast Delivery** — Global Partner of DHL

**Friendly Services** — 7-day Satisfaction Guarantee

**Company Info**
About Ouku.com
Imprint

**Customer Service**
Help Center
Track Your Order
Accessibility

**Company Policies**
Return Policy
Privacy Policy
Terms of Use
Cookie Notice
Intellectual Property Infringement Policy
Do Not Sell/Share My Information

**Payment & Methods**
Payment Methods
Delivery Policy

**Join Our Community**

Copyright © 2006-2025 Fashion keya ge International Trading Co., Limited All Rights Reserved.

# OUKU

 

Men's Clothing   Flash Sale   Weddings & Events   Toys & Hobbies   Home & Garden   Shoes & Bags   Lights & Lighting

🇺🇸 United States · USD($) · English

RESIGENT EVIL DEAD AIM

Home > **"RESIDENT EVIL DEAD AIM"** (126 Products)

Men's Clothing
Home & Garden
Toys & Hobbies
Shoes & Bags
Consumer Electronics
Beauty & Hair
Women's Clothing
Lights & Lighting
Weddings & Events

☐ ★★★★★ 4.0&Up

Sort by: **Relevance** | Sales | Favorites | Price Low To High | Price High To Low


Multifunctional Camping...
**USD $27.99**   $59.84
 


Fuck I'M Dead, End Of Life...
**USD $16.99**   $30.77



Snow White Venom The Evil...
**USD $130.99**   $260.07



Killer Clown Evil Clown...
**USD $27.99**   $54.12



Snow White Venom The Evil...
**USD $67.99**   $134.56









United States · USD($) · English

# OUKU

 

Men's Clothing | **Flash Sale** | Weddings & Events | Toys & Hobbies | Home & Garden | Shoes & Bags | Lights & Lighting

‹ ›

RESIDENT EVIL DIRECTOR'S CUT 🔍

Home > **"RESIDENT EVIL DIRECTOR'S CUT"** (878 Products)



| Beauty & Hair
| Women's Clothing
| Shoes & Bags
| Home & Garden
| Consumer Electronics
| Men's Clothing
| Toys & Hobbies
| Weddings & Events
| Sports & Outdoors
| Lights & Lighting

☐ ★★★★★ 4.0&Up

Sort by: **Relevance** | Sales | Favorites | Price Low To High | Price High To Low




Snow White Venom The Evil...
**USD $130.99** $260.07



Killer Clown Evil Clown...
**USD $27.99** $54.12



Snow White Venom The Evil...
**USD $67.99** $134.56




Zircon Retro Evil Eye Elegant...
**USD $11.99** $19.98




Men's Faux Leather Bracelet...
**USD $8.99** $15.03









United States · USD($) · English

# OUKU

  

Men's Clothing    **Flash Sale**    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting    ‹ ›

RESIDENT EVIL RESISTANCE 🔍

Home > "RESIDENT EVIL RESISTANCE" (5000 Products)



★★★★ 4.0&Up

Sort by: **Relevance** | Sales | Favorites | Price Low To High | Price High To Low

Beauty & Hair
Shoes & Bags
Home & Garden
Sports & Outdoors
Consumer Electronics
Men's Clothing
Toys & Hobbies
Phones & Accessories





Snow White Venom The Evil...
**USD $130.99** $260.07




Killer Clown Evil Clown...
**USD $27.99** $54.12




Snow White Venom The Evil...
**USD $67.99** $134.56


Zircon Retro Evil Eye Elegant...
**USD $11.99** $19.98


Men's Faux Leather Bracelet...
**USD $8.99** $15.03












OUKU

United States - USD($) - English

Men's Clothing | Weddings & Events | Toys & Hobbies | Home & Garden | Shoes & Bags | Lights & Lighting

Home ~ "RESIDENT EVIL SURVIVOR" (22 Products)

Shoes & Bags
Toys & Hobbies
Home & Garden
Consumer Electronics
Men's Clothing
Women's Clothing
Weddings & Events

Sort by: Relevance | Sales | Favorites | Price Low To High | Price High To Low

RESIDENT EVIL SURVIVOR

Car Air Fresheners Vent Clips...
USD $15.99 $32.75

Men's Leather Evil Eyes...
USD $7.99 $9.26

Alien Coffee Mug, Creative...
USD $23.59 $44.58

Women's Colorful Braided...
USD $16.99 $44.88

Snow White Venom The Evil...
USD $130.99 $446.02

Halloween DIY Horror Movie...
USD $9.99

Read Banned Books Cat...
USD $17.49 $24.94

Turquoise and Gold Anklet S...
USD $11.99 $45.55

Vintage Style Bees...
USD $35.99 $45.55

Killer Clown Evil Clown...
USD $27.99 $44.12

Snow White Venom The Evil...
USD $94.99 $144.46

3D Evil Dragon Wine Glass...
USD $28.59 $45.55

Men's Short Sleeve Red T-Sh...
USD $19.99 $45.44

Snow White Venom The Evil...
USD $67.99 $445.55

Men's Women's Leather...
USD $11.49 $45.55

Women's Boho Layered...
USD $11.99 $45.55

Medieval Barrel Beer...
USD $34.99 $45.55

Zircon Retro Evil Eye Elegant...
USD $11.99 $45.55

Starfire New Arrival Blue...
USD $9.99 $45.24

Gold Evil Eye Jewelry Set for...
USD $16.99 $44.66

Little Monster Action Buildin...
USD $35.99 $45.55

Men's Faux Leather Bracelet...
USD $8.99 $45.55

Rich in Variety
1000+ New Items Everyday

Manufacturer Direct
Cut Out The Middlemen

Safe & Trustworthy
Secure payment

Fast Delivery
Global Partner of DHL

Friendly Services
7-day Satisfaction Guarantee

Company Info
About Oukucom
Imprint

Customer Service
Help Center
Track Your Order
Accessibility

Company Policies
Return Policy
Privacy Policy
Terms of Use
Cookie Notice
Intellectual Property Infringement
Policy
Do Not Sell/Share My Information

Payment & Methods
Payment Methods
Delivery Policy

Join Our Community

Copyright © 2006-2025 Fashion Keyage International Trading Co., Limited All Rights Reserved.



United States · USD($) · English

# OUKU

Men's Clothing   Flash Sale   Weddings & Events   Toys & Hobbies   Home & Garden   Shoes & Bags   Lights & Lighting

RESIDENT EVIL.NET

Home  >  "RESIDENT EVIL.NET"  (0 Products)

Your search did not match any products

Home > "RESIDENT EVIL" (22 Products)

Shoes & Bags
Toys & Hobbies
Home & Garden
Consumer Electronics
Men's Clothing
Women's Clothing
Weddings & Events

**Rich in Variety**
1000+ New Items Everyday

**Company Info**
About Oukucom
Imprint

**Customer Service**
Help Center
Track Your Order
Accessibility

**Manufacturer Direct**
Cut Out The Middlemen

**Company Policies**
Return Policy
Privacy Policy
Terms of Use
Cookie Notice
Intellectual Property Infringement
Policy
Do Not Sell/Share My Information

**Safe & Trustworthy**
Secure payment

**Payment & Methods**
Payment Methods
Delivery Policy

**Fast Delivery**
Global Partner of DHL

**Join Our Community**
f  𝕏  📷  🅿

**Friendly Services**
7-day Satisfaction Guarantee

Copyright © 2006-2025 Fashion Ktoy-go International Trading Co., Limited All Rights Reserved.

Men's Clothing　Flash Sale　Weddings & Events　Toys & Hobbies　Home & Garden　Shoes & Bags　Lights & Lighting

# OUKU

Sort by: Relevance　Sales　Favorites　Price Low To High　Price High To Low

RESIDENT EVIL

Car Air Fresheners Vent Clips...
USD $15.99 $32.78

Resell Banned Books Cut...
USD $17.49 $24.84

Men's Short Sleeve Red T-Shi...
USD $19.99 $29.44

Women's Colorful Braided...
USD $16.99 $24.48

Snow White Venom The Evil...
USD $130.99
★★★★ 4.00/up

Halloween DIY Horror Movie...
USD $9.99

Men's Leather Evil Eye...
USD $7.99

Turquoise and Gold Anklet S...
USD $11.99 $15.88

Vintage Style Retro...
USD $35.99 $46.48

Killer Clown Evil Clown...
USD $27.99 $44.12

Snow White Venom The Evil...
USD $94.99 $186.48

3D Evil Dragon Wine Glass...
USD $28.99 $46.48

Little Monster Action Buddies...
USD $35.99 $46.48

Snow White Venom The Evil...
USD $67.99 $86.48

Men's Women's Leather...
USD $11.49

Women's Boho Layered...
USD $11.99

Alien Coffee Mug, Creative...
USD $23.99 $46.48

Zircon Retro Evil Eye Elegant...
USD $11.99 $46.48

Starfire New Arrival Blue...
USD $9.99 $19.24

Gold Evil Eye Jewelry Set for...
USD $16.99 $46.48

Medieval Barrel Beer...
USD $34.99

Men's Faux Leather Bracelet...
USD $8.99



# OUKU

United States · USD($) · English

Men's Clothing    **Flash Sale**    Weddings & Events    Toys & Hobbies    Home & Garden    Shoes & Bags    Lights & Lighting

RESIDENT EVIL:INFINITE DARKNESS

Home > "RESIDENT EVIL:INFINITE DARKNESS" (4881 Products)

Men's Clothing
Women's Clothing
Beauty & Hair
Sports & Outdoors
Home & Garden
Toys & Hobbies
Shoes & Bags
Weddings & Events

★★★★ 4.0&Up

Sort by: **Relevance** | Sales | Favorites | Price Low To High | Price High To Low





Men's Plaid / Striped / Chevr...
**USD $34.99**






Men's Henley Shirt Tee Top...
**USD $26.99**  $52.03





Men's Horizontal Stripes...
**USD $24.99**  $35.25




Men's Striped Rugby Polo...
**USD $24.99**  $35.25




Men's Letter Polo Short Slee...
**USD $27.99**  $39.17






| terms | result |
|-------|--------|



"Capcom"

"Resident"

"Evil"

"Revelations"

"Resistance"

"Infinite"

"Darkness"

"Umbrella"

"Corporation"

"Raccoon"

"City"

"RPD"

"R.P.D."

"Police"

"Stars"

"S.T.A.R.S."

"Zombie"

"Vampire"

"Virus"

"Biohazard"

"Survivor"

"Chris"

"Redfield"

"Claire"



**"Leon"**

**"Kennedy"**

**"Ada"**

**"Wong"**

**"Chun-Li"**

**"Jill"**

**"Valentine"**



| trademark | class | search result |
|---|---|---|
| RESIDENT EVIL | 14/41/25/28/9 |  |
| RESIDENT EVIL BIOHAZARD | 9 |  |
| RESIDENT EVIL VILLAGE | 41/9 |  |
| ADA WONG | 28 |  |
| RESIDENT EVIL ARCHIEVS | 9 |  |
| RESIDENT EVIL REVELATIONS | 9 |  |
| RESIDENT EVIL RE:VERSE | 41/9 |  |
| RESIDENT EVIL RESISTANCE | 41/9 |  |
| RESIDENT EVIL SURVIVOR | 9 |  |
| RESIDENT EVIL:INFINITE DARKNESS | 41/9 |  |
| RESIDENT EVIL DIRECTOR'S CUT | 41/9 |  |
| RESIDENT EVIL DEAD AIM | 9 |  |

RESIDENT EVIL.NET 9/38/41



CAPCOM 25/28/16/9/41