# EXHIBIT 4

# 94. OUKU



Previous image took on: February 18, 2025 at 10:27 AM UTC

| Product Page | Marketplace |
|---|---|
| https://www.ouku.com/en/p/inspired-by-resident-evil-umbrella-corporation-t-shirt-anime-100-polyester-anime-classic-street-style-t-shirt-for-men-s-women-s-couple-s_p9236504.html?prm=1.5.1.1 | Independent seller |
| **Product ID** | **Brand** |
| #9236504 | Resident Evil |
| **Seller Name** | |
| OUKU | |

Following image took on: February 18, 2025 at 10:27 AM UTC



Following image took on: February 18, 2025 at 10:27 AM UTC



Following image took on: February 18, 2025 at 10:28 AM UTC



Following image took on: February 18, 2025 at 10:30 AM UTC



Following image took on: February 18, 2025 at 10:31 AM UTC



Following image took on: February 18, 2025 at 10:26 AM UTC



Following image took on: February 18, 2025 at 10:34 AM UTC



Following image took on: February 18, 2025 at 10:36 AM UTC



Following image took on: February 18, 2025 at 10:46 AM UTC



Following image took on: February 18, 2025 at 10:41 AM UTC



Following image took on: February 18, 2025 at 10:46 AM UTC

# You paid $24.62 USD to Fashion Easy-go International Trading Co., Limited

**Transaction ID**
9L1178932M240690J

**Transaction date**
February 18, 2025

**Merchant**
Fashion Easy-go International Trading Co., Limited

**Shipping address**
Roberta Lemke
7627 Lake Street
Suite 206
River Forest, IL 60305
United States

**Track Package**

Subtotal — $24.62
Total — $24.62 USD

**Paid Fashion Easy-go International Trading Co., Limited with**

Visa-4670 — $24.62 USD

This charge will appear on your credit card statement as "PAYPAL *EECHIC".

Transaction ID: 9L1178932M240690J

View payment status

**Choose a category for 5% cash back**

Pick a category each month and earn cash back with a PayPal Debit Mastercard. Terms apply





Following image took on: February 24, 2025 at 8:52 AM UTC



Following image took on: February 24, 2025 at 8:52 AM UTC



Following image took on: February 18, 2025 at 10:30 AM UTC



Following image took on: February 18, 2025 at 10:49 AM UTC



Following image took on: February 18, 2025 at 10:49 AM UTC



Following image took on: February 18, 2025 at 10:32 AM UTC



Following image took on: March 6, 2025 at 10:17 PM UTC



Following image took on: March 6, 2025 at 10:17 PM UTC

Following image took on: March 6, 2025 at 10:17 PM UTC

Following image took on: March 6, 2025 at 10:17 PM UTC