Capcom Co., Ltd.
                     Plaintiff,

v.                                       Case No.: 1:25−cv−09860
                                                Honorable Mary M. Rowland

Durcoo, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to compel and stay is set for hearing via Webex on 11/12/25 at 1:00 PM. Parties can use the following link: https://us−courts.webex.com/join/mary_rowlandilnd. uscourts.gov. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.