# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD., <br><br> Plaintiff, <br> v. <br> 89WARD, et al., <br><br> Defendants. | Case No. 25-cv-09860 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Young B. Kim** |

## PLAINTIFF'S MOTION FOR CLARIFICATION OF MINUTE ORDER [65]

Plaintiff Capcom Co., Ltd. ("Plaintiff") respectfully requests clarification of the Court's Minute Order [65]. Specifically, Plaintiff requests clarification as to Plaintiff's reply deadline.

On October 17, 2025, the Court set an October 29, 2025 deadline for Plaintiff to file its reply to Defendant OUKU's (Def. No. 94) ("Defendant") Opposition to Plaintiff's Motion for Entry of a Preliminary Injunction [51] (the "Opposition"). [54]. On October 22, 2025, Plaintiff requested that the Court extend Plaintiff's reply deadline to November 5, 2025. [57]. The Court granted the requested relief. [59].

On November 3, 2025, Plaintiff filed a Motion to Compel and Stay the Briefing Schedule set in Minute Order [59] until Defendant fully responds and produces supplemental documents responsive to Plaintiff's discovery requests. [64]. On November 4, 2025, the Court set a November 12, 2025 hearing on Plaintiff's Motion to Compel and Stay. [65]. However, the Order did not address Plaintiff's current November 5, 2025 reply deadline. *Id.* Accordingly, Plaintiff respectfully requests the Court to clarify whether Plaintiff still needs to file its reply on November 5, 2025.

Dated this 5th day of November 2025.  Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the parties of record in this case.

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*