# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Capcom Co., Ltd.

Plaintiff,

v.

Durcoo, et al.

Defendant.

Case No.: 1:25−cv−09860
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

MINUTE entry before the Honorable Mary M. Rowland: Video motion hearing held. For the reasons stated on the record, Plaintiff Capcom Co., Ltd.'s motion to compel and stay [64] is granted in part and denied in part. Defendant OUKU (No. 94) is required to provide all the sales information for the allegedly infringing products going back 5 years. There is to be robust production regarding these products. However. Defendant is not required to produce any information about sales of its other products. The court orders plaintiff to produce the relevant documents by 11/19/25. Plaintiff has filed a motion for preliminary injunction [60]. OUKU objected to the preliminary injunction [51]. In addition, Defendant OUKU has until 11/20/25 to respond to the complaint. That date is vacated. By 12/10/25 Parties are to confer and file a status report by 12/10/25 setting forth: whether the parties have resolved the case, a date for OUKU to respond to the Complaint, and a date for Plaintiff to reply in support of the preliminary injunction. Plaintiff should also update the court as to the status of the remaining defendants in the 12/10/25 status report. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.