IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>89WARD, et al.,<br><br>        Defendants. | Case No. 25-cv-09860<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Young B. Kim** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Capcom Co., Ltd. hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| Zheng Pai store | 49 |
| Rolecosplay | 99 |

Dated this 31st day of December 2025.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
George Sciarrino
Elizabeth Banegas
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com
george@tme-law.com
elizabeth@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*